Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
FERNANDO SANCHEZ

United States District Court
Eastern District of California
Sacramento Courthouse

| | |
|---|---|
| FERNANDO SANCHEZ,<br><br>　　　　　*Petitioner*,<br>　　vs.<br><br>BRIAN KIBLER, Warden, High Desert State Prison, Susanville, California,<br><br>　　　　　*Respondent.* | No. 2:22-cv-00046-CKD<br><br>ORDER SUBSTITUTING RESPONDENT |

**PROPOSED ORDER SUBSTITUTING RESPONDENT**

　　Good cause appearing, this court substitutes Rob St. Andre, warden, High Desert State Prison, Susanville, California, as respondent in place of Brian Kibler, former warden, High Desert State Prison, Susanville, California.

Dated:  March 29, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE