Law Offices of Beles & Beles
Robert J. Beles  Bar no. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
FERNANDO SANCHEZ

## United States District Court
### Eastern District of California
### Sacramento Courthouse

| | |
|---|---|
| FERNANDO SANCHEZ,<br><br>　　　　*Petitioner*,<br>　vs.<br><br>ROB ST. ANDRE, Warden, High Desert State Prison, Susanville, California,<br><br>　　　　*Respondent.*<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　*Real Party in Interest.* | No. 2:22-cv-00046-CKD<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM |

**ORDER GRANTING EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

　　Good cause appearing, and the request being unopposed, this court grants petitioner a 31 day extension of time to file the traverse and reply memorandum, from Monday, May 2, 2022, to and including Wednesday, June 1, 2022.

Dated: April 27, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE